ACCEPTED
03-14-00208-CV
3910802
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 10:53:23 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00208-CV

IN THE COURT OF APPEALS FOR THE THIRD DISTRICT
OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 10:53:23 AM
JEFFREY D. KYLE

**CANYON LAKE ISLAND PROPERTY OWNERS ASSOCIATION,
CYNTHIA M. GRIFFIN, RICHARD A. CONLEY AND BILL LESTER,**

**Appellants-Plaintiffs**

**v.**

**STERLING/SUGGS LIMITED PARTNERSHIP, NEAL E. SUGGS
AND NADINE R. SUGGS,**

**Appellees-Defendants.**

---

Interlocutory Appeal from Cause No. C2012-1457B, the 207th Judicial
District Court, Comal County, Texas

---

**APPELLEES' ADVISORY TO THE CLERK
REGARDING ORAL ARGUMENT**

---

TO THE HONORABLE CLERK OF SAID COURT:

Appellees Sterling/Suggs Limited Partnership, Neal E. Suggs and Nadine R.

Suggs have received notice from the Clerk dated January 21, 2015, that this case

has been set for submission and oral argument on February 11, 2015 at 9:00 a.m.

The Appellees hereby respectfully advise the Clerk that they do intend to

participate in oral argument before the Court.

1

Respectfully submitted,

**MARTIN & DROUGHT, P.C.**
Bank of America Plaza, 25th Floor
300 Convent Street
San Antonio, Texas 78205
Telephone: (210) 227-7591
Telecopier: (210) 227-7924

By: _____
      **GERALD T. DROUGHT**
      State Bar No. 06134800
      **MATHIS B. BISHOP**
      State Bar No. 24045500
**ATTORNEYS FOR APPELLEES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument will be sent to the following parties of record by:

| | |
|---|---|
| _____ | Regular Mail |
| _____ | Certified Mail, Return Receipt Requested |
| _____ | Hand Delivery |
| ___X___ | Facsimile |

Mr. Tom Newton, Jr.
Allen Stein & Durbin
6243 IH-10 West, Ste. 700
San Antonio, TX 78201
*Facsimile: 738-7488*

on the 27th day of January, 2015.

_____
GERALD T. DROUGHT
MATHIS B. BISHOP

2